1  Ted G. Meadows
   Navan Ward, Jr.
2  Gerald B. Taylor, Jr.
   Andy D. Birchfield, Jr.
3  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
4  234 Commerce Street
   P.O. Box 4160
5  Montgomery, Alabama 36103
   Telephone: 334-269-2343
6  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX         | **MDL NO. 1699**
   | MARKETING SALES PRACTICES AND      | **District Judge: Charles R. Breyer**
13 | PRODUCT LIABILITY LITIGATION       |

14 | This Document Relates To:          |

15 | *Mary A. Williams v. Pfizer Inc, et al.* | **STIPULATION AND ORDER OF**
   | (08-1975 CRB)                             | **DISMISSAL WITH PREJUDICE**
16

17 | *Garry Norman v. Pfizer Inc, et al.*
   | (10-0191 CRB)

18 | *Gayle Zachary v. Pfizer Inc, et al.*
   | (10-0199 CRB)
19

20 | *Debbie Jackson, et al. v. Pfizer Inc, et al.*
   | (10-0200 CRB)

21

22         Come now Plaintiffs in the above-entitled actions and Defendants, by and through the
23 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
24 stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with
25
26
27
28

                                          -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  each side bearing its own attorneys' fees and costs.

DATED: 12/15, 2010   By: /s/ Navan Ward J.

**BEASLEY, ALLEN, CROW, METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: 12/16, 2010   By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 2 2 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE